UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-23009-CIV-MIDDLEBROOKS/JOHNSON

SEBURT NELSON CONNOR,

    Petitioner,

v.

WALTER A. MCNEIL,[1]

    Respondent.
_____/

## ORDER

THIS CAUSE comes before the Court upon *sua sponte*. The Court has reviewed the record and is otherwise fully advised in the premises.

This Court referred Petitioner's Motion to Appoint Counsel (DE 3) to United States Magistrate Judge Linnea R. Johnson for a ruling. Magistrate Judge Johnson held a hearing which concluded with the understanding that defense counsel would file his motion to withdraw and to appoint new counsel in state court. Magistrate Judge Johnson deferred ruling for 30 days on the motion. Many months later, that has, apparently not occurred. Furthermore, Magistrate Judge Johnson, on April 16, 2008, entered an order denying Petitioner's Motion for Appointment of Court Appointed Attorney (DE 19). In that Order, she stated that the "Petitioner's present counsel was appointed by the State Circuit Court. Accordingly, Petitioner is directed to apply to State Court for substitution of counsel. The record is clear, the Petitioner is represented by counsel appointed by

---

[1] As of January 15, 2008, Walter A. McNeil has replaced James R. McDonough; therefore, the style of the case has been changed accordingly.

the State Court."

Meanwhile, Petitioner filed his Petition on November 19, 2007. At that time, his case seeking postconviction and habeas relief was still active before the Supreme Court of Florida, as the State had timely filed a motion for clarification of that decision on November 30, 2007 such that the Supreme Court's opinion was not yet final. Accordingly, at that time, Petitioner's federal habeas statute of limitations remained tolled. However, the State did not request that the instant action be stayed or dismissed; rather, the state requested a forty-five day extension of time in which to answer the petition. This Court granted the extension. The State filed its answer to the petition.

On April 14, 2008, the State notified the Court that the Supreme Court of Florida, on April 10, 2008, granted the State's motion for clarification and issued a revised opinion. Therefore, the state proceedings have now concluded.

On April 14, 2008, Docket Entry 18 was filed, which appears on the docket as "Petition for Writ of Habeas Corpus, filed by Seburt Nelson Connor." However, it appears to be the exact same petition filed in November, 2007, with the November date crossed out and replaced with the April 10, 2008 date of the revised Supreme Court opinion. The initials "IJE" appear next to the handwritten corrections. The petition is signed by Israel Jose Encinosa, Esq.

Therefore, the Court requires a status report from the parties and seeks the following information:

1. It appears that Mr. Encinosa is counsel of record for the Petitioner. As the state proceedings have ended, the Court intends to review the record and act on the Petition. First, however, the Court notes that Mr. Encinosa filed the Petition on form AO 241, which lists the grounds raised but provides no memorandum of law. Additionally, Petitioner did not file a reply to

the State's Response. Therefore, the Court needs to know whether Mr. Encinosa intends to supplement the Petition or if this matter is ripe for review.

2. Due to the procedural posture of this case, the State responded to the original Petition, filed in November, 2007. As stated above, the new Petition was filed April 14, 2008, following the conclusion of the state proceedings. Therefore, the Court needs to know whether the State intends on responding to the newly filed Petition, or if the previously filed Response is responsive to the newly-filed Petition such that this matter is ripe for review.

ORDERED AND ADJUDGED that the parties shall respond to the questions raised in this Order by **May 2, 2008**.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 28 day of April, 2008.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: All counsel of Record